United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Victor Ramirez Allegue, *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action H-26-3766 |
| | § | |
| Raymond Thompson, et al. *Respondents*. | § | |
| | § | |

## ORDER

Pending before the court is Petitioner's Motion for Court to Serve Respondents. ECF No. 2. The motion is **DENIED as moot.** The court issued and served an Order for Respondents to Answer on May 12, 2026. ECF No. 6.

Signed at Houston, Texas, on May 15, 2026.

Peter Bray
United States Magistrate Judge